IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS AND ALLIED CRAFT
WORKERS LOCAL UNION NO. 3, et al.,

    Plaintiffs,

  v.

T&D TILE CO., INC., a California corporation,
and STEPHEN SANDS, Registrar of
Contractors for the Contractors State
License Board, State of California,

    Defendants.
                                 /

No. C 09-06105 WHA

**ORDER DENYING PLAINTIFFS'** *EX PARTE* **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** plaintiffs' *ex parte* request to continue the case management conference for ninety days.

    **IT IS SO ORDERED.**

Dated: April 7, 2010.

                                                 WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE